IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOSHUA RYAN LITTLE BEAR KING,<br>Appellant,<br>vs.<br>CHERYL MARIE KING,<br>Respondent. | No. 84646 |

FILED

MAY 20 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's pro se motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Bryce C. Duckworth, District Judge, Family Court Division
       Joshua Ryan Little Bear King
       Cheryl Marie King
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-16035